**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

REC'D FEB 2 5 2026

Edward Anthony Thomas _____

_____

_____
*(In the space above enter the full name(s) of the plaintiff(s) )*

- against -

Governor of Pennsylvania Josh Shapiro

_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part 1. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial  ☐ Yes   ☐ No

(check one)

**I.      Parties in this complaint:**

**A.**      List your name, address and telephone number. If you are presently in custody, include your identification
number and the name and address of your current place of confinement. Do the same for any additional
plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Edward Thomas |
|---|---|---|
| | Street Address | 1016 West Baltimore Pike E9 |
| | County, City | Media Pennsylvania 19063 |
| | State & Zip Code | |
| | Telephone Number | 610 675 3740 |

*Rev. 10/2009*

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name   Governor Josh Shapiro

Street Address   2035 North Front Street

County, City   Harrisburg

State & Zip Code   Pennsylvania 17102

Defendant No. 2

Name

Street Address

County, City

State & Zip Code

Defendant No. 3

Name

Street Address

County, City

State & Zip Code

Defendant No. 4

Name

Street Address

County, City

State & Zip Code

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
Q  Federal Questions            XQ  Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?   The Complaint is about Concealment The circumstances

     of the death of James Craig

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __Pennsylvania__

Defendant(s) state(s) of citizenship __Pennsylvania__

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? __Pa. Civil Case 184403 filed 10.12.2018__ Civil Case 2:22-cv-05233mrp filed 12.21.2022 Eastern District Court Philadelphia Pa.

B.    What date and approximate time did the events giving rise to your claim(s) occur? __Edward Thomas filled__ a missing persons complaint about James Craig 8.18.2022 a written request for information sent U.S. mail on or about 8.30.2022 inquired in person on or about 9.19.2022

C.    Facts: A person in the Media Pa. Police Dept. building said he had spoken With James Craig I was told the case had been remanded to Penslyvania State Police Sometime thereafter three Pennsylvania State Troopers in the Middletown Barracks one of whom said James was deseased I have attempted to retrieve the missing persons filling to no avail The documentation is for an attorney so as to refile Civil Case 2:22-cv-05233mrp The cases James and Kimberly seemed interested in were that of Susan Swift and Gregory Cahill Susans case could be closed in Gregory's case there was a conviction I have doubts about the rumors of the killing of James Craig other than that he is deceased The money I contibuted to the work and maintanance of these two agents of the state was appoxamately 1,190,106. and 4675. From ATM machines The investigative activity and Police work from March of 2014 until James Murder I was not included in the investigation of James Death whatsoever never interviewed James was killed I believe around August of 2022 A petition for a name chance transcript 2021-010521 Court of Common Pleas March 29 2022

Is relevant because the jurist read enough to grant the petion No judgments or criminal record a list The suspition of some is understandable only unfounded A material witness The concealment might remain The money needs to be riembursed in compliance with Amendment V if the United States Constitution

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received **N/A**

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation

Case 2:22-cv-05233 Terminated 12.4.2024 Since I have made this calculation of the money I contributed to the investigative work and maintanance of Pennsylvania state agents Kimberly Tokash and James Craig from March 2014 until August 2022 I have made this conservative calculation from Check Carbons Business Records and Notes The money provided to allegedly needy State Investigators The Money was from personal savings The amount is 1,190,106. And 4675. In cash from ATM's 1,194,781. is the sum The sum is the amouunt of money given to Kimberly Tokash and James Craig from March 2014 until August of 2022 the time of James alleged murder The great majority of the information should be maintained by Pa. State Police Middltown Pa. James Craig seemingly Kimberly Tokash supervisor and Kimberly Tokash's subject Kimberly Tokash second encounter with me Internet only The activity is policing not business 1,194,781. Cash contibutions offered in the advancment of state business over eight years and five months The reliief is 1,194,781 Strictly a riembursment of money contributed Repayment mandated by Amendment V of the U.S. Constitution There is also a raingutter maintanance busineßs developed in association with a product envisioned initially by me More recently a Mapping concept allegedly developed into an internet platform a concept again initialy envisioned by me Edward Thomas The piano cards Best Piano Flash Cards Music Made Easy James Craig's print inovation at least partially brought to fruition by me The piano lesson was the basis of the business relationship of myself and James Craig Any interest in property will be foregone upon riembusment relased by signiture forfited Again the relief is $ 1,194,781 I am presently paying the business dept of James Craig and have been since his death three years three months his share of 1200 dollars per month an average The relief is 1,194,781. The relief includes the 1200 dollars paid by me for both of our business interst 1,194.781

- 4 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Edward Anthony Thomas

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Josh Shapiro Governor of Pennsylvania

Kimberly Tokash

James Valdukas (alleged)

James Craig

**COMPLAINT**

Jury Trial:  ☐ Yes   ☒ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Edward Anthony Thomas |
| | Street Address | 1016 West Baltimore Pike E9 |
| | County, City | Media |
| | State & Zip Code | Pennsylvania 19063 |
| | Telephone Number | 610 675 3740 |
| | | Delaware County Pennsylvania |

*Rev. 10/2009*

5

B.      List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Josh Shapiro Governor of Pennsylvania

Street Address 501 North Third Street 508 Main Capitol Building

County, City Harrisburg

State & Zip Code Pennsylvania 19063

Defendant No. 2

Name Kimberly Tokash

Street Address Kimberly is an internet presence

County, City I am unaware of Kimberly's whereabouts

State & Zip Code Pennsylvania

Defendant No. 3

Name James Valdukas (alleged) James is a prisoner Agent

Street Address 1016 West Baltimore Pike E8

County, City Media , Delaware County

State & Zip Code Pennsylvania 19063

Defendant No. 4

Name James Craig

Street Address 1 East Jefferson St

County, City Media , Delaware County

State & Zip Code Pennsylvania 19063 (last Known address)

I believe James is Missing

II.     **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*
        Q  Federal Questions            Q  Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Federal Question Amendments IV ,V of the United States Constitution Section 242 of Title XVIII U.S.Code Concealment Civil Discrimination

6



II Basis for Jurisdiction Page two Section two

A  Federal Question

B  Constitutional Statutory

Amendment VII Affords the right to  redress

Amendment V Intentional Depravation of financial freedom Sometimes referred to as pouring The disposition of funds Solicited by Prisoner Agents Kimberly Tokash and James Craig is a question

Amendment VI has never been invoked in ten years Mr Thomas has no adult criminal history

Amendment IV The need for certain types of surveillance in policing is appropriate Still a citizens Fourth  Amendment Protections could be maintained Tampering with effects and property damage has been commonplace Simultaneous use of computer predictive programs Also possible remote deletions The surveillance could be Largely be conducted as undetectable the "breaking" The risk of prosecution that might not otherwise have occured Situations aren't always the same

Amendment XIV Depravation An expeditious settlement would prevent further deprivation There has been no interaction with the criminal  judicial branch of government to date

Amendment VIII Mr Thomas is struggling with computer function at this very moment Mr Thomas does not see an escape from "Cop world" An expeditious settlement will help the entire situation The case is not about reprisal It is about money and observations The case is about law and the understating of agents That there are not special privileges

Section 242 of title XVIII "Willfully subject any person" The right to be secure in effects The prisoner agents work on behalf of the state

П

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship **N/A**

Defendant(s) state(s) of citizenship **-**

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? **Between January 2014 and August of 2022 Kimberly was an employee of USPS approximately 2001 to 2003 as was Mr. Thomas Philadelphia 19142-19153**

B.    What date and approximate time did the events giving rise to your claim(s) occur? **January 2014 until August of 2022**

C.    Facts: **Separate Pages**

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

STATEMENT OF CLAIM

On this day 9 October 2025 Mr Thomas contends That Kimberly Tokash invited Mr Thomas Then whose legal name then was Christopher Joseph Cahill at the time to a party at her sisters residence on Swarthmore Avenue in Pennsylvania Mr Thomas did not attend This was as best as can be remembered in the year 2001 Mr Thomas and Kimberly subsequently were separated by some employment decision at 1942-53 USPS Philadelphia Kimberly Tokash on some day in 2005 or 2006 stood directly in front of Mr Thomas and said she was leaving USPS 19142-53 Philadelphia and did Leaving Mr Thomas with the impression she was interested in what he had proposed to her At the start of or sometime in the work relationship Kimberly said she was twenty three years old Christopher Cahill was forty three years old at the time and his net worth somewhere in the range of 650,000 dollars Mr Thomas left the Postal Service after a pedestrian motor vehicle accident that was characterized as a wreck on the accident report on 10.23.2008 Mr Thomas knows at least partially the nature of this incident Recovery from the wreck continues to this day Mr Tomas received no compensation other than a Federal disability compensation claim Mr Thomas saw a person at a crime seen on a news reel that greatly resembled Kimberly Tokask or was Kimberly before he left his family home late in 2013 Mr Thomas initial claim and the circumstances at the time are explained in more detail in civil action 2:18-cv-04403 dismissed without prejudice Filed 10.12.18 Terminated 7.17.19 Appealed at the suggestion of a court house employee Appealed 2.25.19 dismissed 6.20.19 Case 191415 Departing from the place of his recovery in 2013 Mr Thomas purchased a condominium 1016 Soon after meeting James Craig some how James seemed acquainted with Kimberly Tokash early in 2014 Mr Thomas would see Kimberly or persons very similar It took some time until my neighbor Elaine suggested Mr Thomas look KimberlyTokash up on the internet Mr. Thomas did Our internet relationship began somehow Kimberly Tokash email address was kim.tokash@itpartnerships.com and lasted just under seven years I stopped emailing Kim Tokash August 31 2022 These internet encounters all should be on a police server They were essentially police investigative work conducted by Kimberly Tokash I know now James Craig was a resident of the condominium project were I lived James was affiliated with Delaware county Department of Corrections Myself and James Craig Started two businesses ITPartnerships and Music Made Easy one soon after th other in 2014 I financed both businesses and contributed concepts and cash Music Made Easy piano cards the music lesson would provide ongoing income for our venture My share of the businesses ownership would allow the business to develop and the business debt to be repaid by James at seventy five percent of the entire debt his share of the ownership I am currently a fifty percent stake holder in the businesses James Craig was or seemed to be Kimberly Tokash Supervisor Kim was thought of by me as an agent prisoner by now James and Kimberly and James ex wife Dana were a business prospect team Kimberly was said to have health issues and children My romantic and business interest seemed to coalesce around these four people James Kimberly Dana Jim Craig's former wife and myself and the businesses had excellent potential James Kimberly and Dana All have affiliations with the Pennsylvania Criminal Justice System All were either in the present or past criminal offenders in the community My money assisted them all James was the CEO and I was called the financial officer because I provided the funding that supported the police and business activity The filling is authorised by Amendment VII of the US Constitution Most of the issues needing the attention of the Pa. State Police the reason for the initiation of the relationships between Kimberly and Chris and James and Chris I believe have been addressed adequately through Chris Cahill's/ Edward Thomas cooperation My contribution to what is essentially police activity is to be reimbursed according to Amendment V of the U.S. Constitution Section

242 of Title 18 There is some evidence of a Conspiracy against rights relating to Termination of benefits USPS and possibly recently in regards to Internal Revenue Service Section 242 Media Police 19063 and the Office of Open Records of the state of Pennsylvania's non response to request for information about James Craig a missing persons report is invoked Also because of the electronic activity associated with police activity Mr Thomas believes is subject to multiple actors and influence complicated and questionable and is better understood today although not completely Amendment IV An example is suppression of email and email addresses and its effect on accessing representation Chronic manipulation of physical effects by a state prisoner agent James Valducas (alleged) again Amendment IV The activity of prisoner agents at times often seems contrary to amendment XIV of the US Constitution abridgement There has been no due process Because of prosecutorial discretion in the late 1970s and 1980 the same The statute of limitations on what Mr Thomas considers a third degree battery explanations are offered in Civil filling 2:18-cv-04403 The absence of subsequent crime There is no arrest record Mr Thomas has never been a gang member or participated in violent crime I believe James to be deceased and the possibility of Kimberly Tokash to have been replaced by a criminal imposter Kimberly Tokash and or her possible replacement exhibit criminal behaviors consistent with organized crime common behavior Kimberly Tokash could be missing or deceased Again section 242 information regarding James Craig They are both alleged gang members Mr Thomas considers her or her replacement Kimberly a double agent involved in most ordinary organized crime activity A long time prisoner in the community The relief is necessary for Mr Thomas safety and well being in a difficult earning environment The complexity of the case can be examined or accepted Mr Thomas filed a missing person inquiry at the Media Police Station Pa. 19063 In August of 2022 about James Craig suspected to be missing there was no response Further inquiries have been made to Media Police by certified mail also the Pennsylvania Office of Open Records with no response There has been no written reply to Mr. Thomas inquiries Mr. Thomas believes in 2022 both Kimberly and James were involved in a crime or crimes Mr Thomas doesn't know or care about the details Mr Thomas only wants to be compensated fairly and expeditiously if possible for a long standing contribution to law enforcement its agents and activity and Pennsylvania state revenue Amendment V US Constitution Just compensation Today is March 19 2025 Mr Thomas feels deprived of his ability to earn since the disappearance of James Craig in 2022 Mr Thomas cash contributions and business concepts need to be compensated fairly Mr Thomas has been involved with law enforcement for ten years The Articles of The United States Constitution invoked in in this Filling are Amendment IV. The activity of (allegedly) James Valdukas a neighbor the brother of Dametri a person known to Mr. Thomas a former neighbor claims about property and effects is the reason he is named The conduct of Kimberly Tokash while she conducted state business an extensive internet inquiry over a period of years James Craig's conduct while conducting the business of the state Over the same years there cooperative relationship Amendments V and XIV of the United States Constitution Public use of Mr Thomas private funds The perpetuation of relationships that would otherwise not exist to benefit the ends of the state Amendment V A demand for cash reimbursement and modest compensation for valuable business concept contributions The internet mapping one example given of possibly many contributions ITPartnerships and Music Made Easy were Financed by and large by Mr Thomas An internet company and an explanation for the generous support (Music Made Easy) of both agents and ventures is available Amendment VI. Mr. Thomas is being punished for youthful crimes where there was no arrest Amendment VII. The right of redress The state of Pennsylvania should reimburse cash and allow modest compensation for valuable contributions that likely would not have occurred but by Mr. Thomas

participation They will be state property after acknowledging the manner by which they were obtained and subsequently developed Also Mr. Thomas expectation of ordinary inclusion Possibly in extraordinary ways Section 242 of Title XVIII Color of Law in reference to prisoner agent activity The agents of which one I have become play important roles Agents are held to the same legal standard as any sworn law enforcement officer or citizen is an assumption of Mr Thomas The prisoner agents should possess the monies they solicited in the course of their work Amendment XIV Deprivation Abridgement liberty property due process equal protection (non response) The cash contributions afforded agents Kimberly Tokash and James Criag need to be addressed by this filling also modest compensation for developed concepts that will become the property of the state of PA Kimberly Tokash internet interaction with Mr. Thomas was to facilitate law enforcement goals The Businesses initiated by James Craig and Edward Thomas Vanished along with James Criag another state agent with the states ends in mind he maintained a supervisory role that Mr Thomas accepted and was investigating also participated in arrest is Mr Thomas belief An inquiry into James criminal history was declined as were inquiries answers to written inquiries about his whereabouts The EIN for Media Computer Services The business current name 47-2195320 The EIN for Best Piano Flash Cards another name change 81-0950997 The State entity numbers Department of State Pa. Corporations and NonProfits Media Computer Services LLC 4309849 Best Piano Flash Cards LLC 6332095 Filling seems the only avenue to ascertain the events that occurred in the interest of the state until the disappearance of James Craig in 2022 The Prior two "Pro Se" filings 2:18-cv-0443 filed 10.12 2018 2:22-cv-05233 filed or the case began on 12 21 2022 The circumstances have changed with each filing The knowledge of the agents increased with time What Mr. Thomas thinks is the monies were neither deposited and held for disposition of the case or cases Not used properly more likely advancing the lifestyles of the prisoner agents The subject of the work of James Craig and Kimberly Tokash Mr. Thomas might have been suspect marginally more a material witness Mr Thomas has suspended his policing temporarily to devote time to the preparation of this Civil Rights Complaint and apologies for the previous summons service errors Mr Thomas now realizes The Pa State Police and governance of the state are related and his interest in Pa nonprofits that assist in state business are obvious This particular case is uncomplicated To accept or investigate is a decision for the state Mr Thomas concept contributions whose revenue will far exceed the claims of this Civil Rights Action Mr Thomas has made one report since devoting his time to this effort A minor female diseased working at a suspect entity often a matter of life and death or disappearance ten years of service This complaint originally written 9 February 2025 edited 9 October 2025 Mr Thomas recently reported the odor of a deceased individual in a shop or emanating from a shop vindicating a long standing suspicion of a form of human trafficking believing it to be probable cause Mr Thomas is eleven years experienced at his policing Mr Thomas brief criminal history is chronically misrepresented and ended in late 1980 Mr Thomas has no arrest record as an adult One citation for disorderly conduct is the extent of Mr Thomas offences or offence Mr Thomas former name is Kyle Kip Chris Marrone Jr his birth name Christopher Cahill Conformation name Joseph The most complicated issue is the surveillance and the responsibility for it believed now by Mr Thomas to be a national security issue Motions were filled in 2:18-cv-04403 Mr Tomas believes that these problems are know Espionage is part of the work Mr Thomas has undertaken Mr Thomas public service spans in the range of thirty four years approxamtely The question is how long and how much is it worth answering The demand for another name change needs to be honored The mapping is the one contribution mentioned There are others that were offered freely and at least one more confiscated by the state a life long partner as some that were not Civil Action 2:22-cv-25033 was terminated 4 December 2024 Any difference in numerical values in the three

cases is do to a complete examination of Mr Thomas records recently Something that has not been previously completed ever The figures are just an explanation of personal money contributions in the course of investigations and are dwarfed by the internet mapping value forbearancestudy.com Mr Tomas needs to be made whole

The property in question The rain gutter business The Mapping concept and its development and or use the person persons or entity in possession of the Music Lesson (cards) The proprietary entities of all of the products or services mentioned needs to be revealed and examined The amount of money afforded to Kimberly Tokash and James Criag and the outstanding debt of IT Partnerships and Music Made Easy combined are the amount of the relief The Businesses or James Craig 584,342. Kimberly Tokash 479,220. Plus 4675. in cash from ATM machines 39 months at 1200. per month for outstanding business debt is the figure or reimbursement formula Also the remaining credit card and Home equity line debt A figure can be determined for the amount of money paid out by me adding the outstanding debt The net amounts are obtained from Check .car ho rbusiness records and notes of payment The long term value of the Rain gutter business and product and alleged Mapping Platform The Fifth Amendment of the U.S. Constitution demand repayment The business concepts and their development justify it An agreed on figure at the time of settlement can be submitted The baseline is here explained

An attempt to explain the chronology of the police activity will be offered here A missing persons report was filed on or about 8.18.2022 Media Police 19063 A written request by U.S. Mail 8.30.2022 a certified letter to Media Police 12.11.2024 An in person inquiry 9.19.2022 A person said he had spoken with James is my recollection on 26 June 2025 Three Pennsylvania State Troopers in the lobby of Middletown Barracks one of whom said James is deceased Office of Open Records request 24 January 2025 21 August 2025 went unanswered no reply This complaint is about Civil Rights and Concealment at the very least Civil discrimination if not a Conspiracy Against Rights reimbursement rounded up is 1,195,000 in compliance with Amendment V U.S. Constitution The cash expenditure of me Edward Thomas needs to be reimbursed

Civil case 22 52 33 was dismissed without prejudice on 12/4/2024 The last financial contributions to James Craig were around March and April 2022 personal loans James had a family He was living Workspace was I believe James name Workspace Email I Edward Thomas continue to pay to the present day 9 January 2026 business debt was Paid BOA 3038 an example In the year since the dismissal ongoing decisions of how to proceed and the concealment also a complete financial reassessment 1,195,000 rounded up The question is Criminal Concealment or Civil discrimination a prompt reimbursement will close this case Serious inquiries should be directed To Pennsylvania State Police Middletown 19063 2:18-cv-04403-CDJ 2:22-cv-05233-MRP closed cases at The Eastern District of PA. contain relevant information A petition for a name change 2021-010521 also Court of Common Pleas Media Pa. 19063

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Mr Thomas believe to have read a code in his OWCP file Pertaining to poisoning Office of Workers Compensation Program suspected preformed botulism toxin some information could be in investigative files

The claim is about Kimberly Tokash and James Criag's investigative participation There conduct in the course of there investigative work There is no claim of physical injury Kimberly Tokash and James Craig were Prisoner and parolee agents is Mr. Thomas Claim

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Separate Pages

Rev. 10/2009

-4-

13

Explanation of relief

The source of the figures in th relief are business records 2014 to 2022 for ITPartnerships and Music Made Easy
Check carbons of Monies given to Kimberly Tokash They are just an Assessment of what occured
There were some cash contribution to Kimberly Tokash left uncounted that more than likely can be verified by ATM receipts There is no need for extensive research other than by request because of just the value of the mapping alone if a request were made for more detail it would be honored

The Relief for this civil action is as follows

$479,220.98 Monies given to Kimberly Tokash a state agent who conducted a lengthy internet interview during the years 2015 until August of 2022 Her colleague James Craig solicited the funds for her health her family two children and her property needs Kimberly Tokash repeatedly expressed her affection and semed grateful for the financial assistance based I would assume on our relationship at Paschal Station she worked there as a Part time flexible Employee from the late 90,s until about 2004 James solicited $584,341.59 for business ventures based on his ownership of what was then called Music Made Easy This being an actual piano learning method devised by James Craig he and his ex-wife Dana Burgess were both trained in music I witnessed her playing a violin or fiddle She might be in possession of the Piano Cards James moved about freely I know know he was a parolee and is deceased Kimberly at or during these times was thought to me to be a prisoner confined and was a business person and state investigator James Craig took part in at least one arrest that I know of There is $44,400 The claim of 37 months of payments on the outstanding business debts of ITpartnerships and Music Made Easy Mr Thomas and James businesses at $1200 dollars per month from 08/2022 until 10/1/2025 37months Also the business debt is comprised some credit cards and a home equity loan The home equity loan Mr. Thomas loan was used exclusively for the business $59,474.71 is owed on the home equity loan as of 10/01/20252 credit card WF 1- $7,262.60 BOA B 2-$10,669.89 BOA 3-$4,300.49

| | | |
|---|---|---|
| 584,341.59 | Business Expenditure James Craig | 584 341.59 |
| 479,220.98 | Maintanance of Kimberly Tokash | 479,220.98 |
| 44,400.00 | Thirty Seven Months of Business Debt Paid by Mr. Thomas | 44,400.00 |
| 7,262.60 | W/F Credit Card Debt | 7262.60 |
| 10,669.89 | BOA Credit Card | 10,669.69 |
| 4300.49 | BOA Credit Card | 4300,49 |
| 59,474.51 | W/F Home Equity Loan | 59 474.51 |
| 1,189,670.06 | Sum | 1,189,670.06 |

The Figure 1,189,670.06 is a combination of Funding and Debt for The Years Mentioned
The relief demand is 1,250,000 an additional 60,000 dollars is added and rounded up
The Mapping is said to have been developed into an internet Platform forbearancestudy.com is a domain name purchased by Mr Thomas another Business has been operating for twenty years Title 18 section 242 is mentioned to clarify events and insure Mr Thomas contributions are given consideration all of them aside from the two mentioned

Each passing month since James Craig disappearance the debt increases by approximately 1200. from 09.2022 to the present a final settlement figure needs to be calculated to the date of settlement The cases dismissed without prejudice 184403 and 225233 contain information that is relevant The differences are related to time passing and increased knowledge of the realities of the principals I believe a fundamental concealment and civil discrimination exist Edward Thomas Formerly Kyle Kip Chris Marrone Jr. and Christopher Joseph Cahill

P 15

Recent developments and the persons presented as Kimberly Tokash since 2014 or 2015 lead Mr. thomas to believe Kimberly Tokash is deceased The date she is declared missing or dead is relevant and possibly could transform this complaint along with other complaint submitted into fraud complaints  The date of Kimberly Tokash pass ing is relevant  because the money intended for her continued to be solicited  by James Craig a state actor for a deceased individ dual and possibly given to a woman living at one East Jefferson St. Media Pa. 19063 Who only Claims to be Kimberly Tokash but is not The date of Kimberly Tokash disappearance or deathmeans that James Craig a state actor fraudulemtly soliceted funds  intended for Kimberly Tokash and the buisness interest of ITPartnerships The amount in the range of 1,195,000 was solicited over the period of years from 2014 until 2022 The time of James Craig alleged  murder rumored at the hand of Kimberly Tokash whom Mr. Thomas believes was an imposter The concealment of this activity  impedes Edward Thomas claim for reimbursment in compliance with amendment V of the U.S. Constitution private money expended on James Craig  and Kimberly Tokash investigative work for the state of Pennsylvania The relevent questions needing to be answered are the date of the death of Kimberly Tokash and who is resposible for the murder of James Craig Concealed information A comprehencive investigation is warrented The information  of concealment is nessesary  A substantial amount of money was spent in the interest of Kimberly Tokash and James Craig's investigative work I was there subject  A substantial amount of money 1,195,000 was spent contributing to state investigations It is alleged that at some point in time the money soliceted for Kimberly Tokash well being was given to an imposter To use an effigy of a person to gather information is not illeagal To solicit for a deceased

person  and give it to an imposter is fraud of which the why
is unknown to Mr. Thomas   an assumtion is to advance the intel
egence gathering for the state of Pennsylvania The raingutter
concept and the internet Mapping concept allegedly developed
from another Thomas concept  will outpace the riembursment
demanded by the fifth Amendment of the U.S.  constitution The
piano cards are a more complicated asset  claims could be madeagainst.
Edward Thomas only brought them to market with James Craig James
Craig was running the businesses Edward Thomas was Policing along
with Kimberly Tokash from the year 2014 until James was Murderd
in 2022 Kimberly Tokash (alleged)

K 8

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received N/A

V.    ~~Relief:~~   SEE PAGE 34    ok
                    PLEASE READ ALL PAGES

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking  and the basis for such compensation.

Case 2:22-cv-05233 Terminated 12.4.2024 Since I have made this calculation of the money I contributed to the investigative work and maintanance of Pennsylvania state agents Kimberly Tokash and James Craig from March 2014 until August 2022 I have made this conservative calculation from Check Carbons. Business Records and Notes The money provided to allegedly needy State Investigators The Money was from personal savings The amount is 1,190,106. And 4675. In cash from ATM's I,194,781. is the sum The sum is the amouunt of money given to Kimberly Tokash and James Craig from March 2014 until August of 2022 the time of James alleged murder The great majority of the information should be maintained by Pa. State Police Middltown Pa. James Craig seemingly Kimberly Tokash supervisor and Kimberly Tokash's  subject Kimberly Tokash second encounter with me Internet only The activity is policing not business 1,194,781. Cash contibutions offered in the advancment of state business over eight years and five months The reliief is 1,194,781 Strictly a riembursment of money contributed Repayment mandated  by Amendment V of the U.S. Constitution There is also a raingutter maintanance businees developed in association with a product envisioned initially by me More recently a Mapping concept allegedly developed into an internet platform a concept  again initialy envisioned by me Edward Thomas The piano cards Best Piano Flash Cards Music Made Easy James Craig's print inovation at least partially brought to fruition by me The piano lesson was the basis of the business relationship of myself and James Craig Any interest in property will be foregone upon riembusment relased by signiture forfited Again the relief is  $ 1,194,781 I am presently paying the business dept of James Craig and have been since his death three years three months  his share of 1200 dollars per month an average The relief is 1,194,781. The relief includes the 1200 dollars paid by me for both of our business interst 1,194.781

16

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____ N/A ... SEE PAGE 35, 20 ᵉˢ

Signature of Plaintiff _____

Mailing Address _____

_____

_____

Telephone Number _____

Fax Number (if you have one) _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

~~Signature of Plaintiff~~ _____

Inmate Number _____

Rev. 10/2008

17

6/4/2025

To whom it may concern
I am inquiring into the whereabouts of James Craig
My business partner in ITPartnerships EIN 47-2195320 current name Media Computer Services LLC The EIN for Best Piano Flash Cards LLC formerly Music Made Easy EIN 81-0950997 The Pennsylvania State Entity No's 4309849 Media Computer Services LLC  and Best Piano Flash Cards LLC 6332095 The most current names I filed a missing persons report in 8/2022 My inquiry by certified mail to Media Pa Police Department went unanswered Please provide the results of the inquiry The presumption that records are public requires a response A police officer in Media said the case was remanded to Pa State Police

Thank You

Edward Thomas

18





19

## U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Media, PA 19063

| Certified Mail Fee | $4.85 | |
| $ | | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 |
| Postage | $1.50 | |
| $ | | |
| Total Postage and Fees | | |
| $6.35 | | |

0863 45
Postmark Here
2024
12/09/2024
19064

Sent To MEDIA BOROUGH POLICE

Street and Apt. No., or PO Box No. 31 NORTH JACKSON ST

City, State, ZIP+4® MEDIA PA 19063

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2008 8774 76

*[handwritten]* MEDIA PA. POLICE DEPT. DELIVERED 12/11/2024

*[handwritten]* DELIVERED DECEMBER 11 12:58 PM 19063 2024



## UNITED STATES POSTAL SERVICE®

```
            SPRINGFIELD
        1138 BALTIMORE PIKE
      SPRINGFIELD, PA 19064-9998
            (800)275-8777
                              04:20 PM
12/09/2024
-------------------------------------------
                           Price
Product        Qty    Unit
                      Price
-------------------------------------------
First-Class Mail®   1            $1.50
Large Envelope
    Media, PA 19063
    Weight: 0 lb 0.70 oz
    Estimated Delivery Date
        Wed 12/11/2024
    Certified Mail®                $4.85
        Tracking #:
        9589 0710 5270 2008 8774 76
Total                              $6.35
-------------------------------------------
Grand Total:                       $6.35
-------------------------------------------
                                   $6.35
Credit Card Remit
    Card Name: VISA
    Account #: XXXXXXXXXXXXX9837
    Approval #: 009834
    Transaction #: 367
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required
```

*[handwritten]* MEDIA RECORD

*[handwritten]* INQUIRY OF MEDIA POLICE DEPT. ABOUT JAMES CRAIG MISSING PERSON NO RESPONSE

*[handwritten]* 20



# OFFICE OF THE GOVERNOR

November 25, 2024

Edward A. Thomas
1016 West Baltimore Pike
E-9
Media, PA 19063-5129

Dear Edward:

Thank you for contacting the Office of Governor Josh Shapiro. Governor Shapiro is committed to assisting constituents; however, the Governor's Office cannot provide legal advice or legal assistance in any matter.

If you need assistance obtaining private counsel, you can contact the Pennsylvania Bar Association's Lawyer Referral Service at (717) 238-6807. There is also a list of organizations that may be able to provide low-cost legal assistance on the Department of Human Services' website at: https://www.dhs.pa.gov/Services/Assistance/Pages/Legal-Help.aspx.

To learn how Governor Shapiro's administration is working for you, please visit www.governor.pa.gov. You can also receive updates by following Governor Shapiro on X and Instagram at @GovernorShapiro and on Facebook at www.facebook.com/GovernorShapiro.

Sincerely,

Governor's Correspondence Office

(717) 787-2500

21

HCM #4

United States District Court Eastern District of Pennsylvania   SECTION 4a.   Page 1 of 3

CLOSED,SPECIAL

## United States District Court
### Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:18-cv-04403-CDJ
### Internal Use Only

▓▓▓▓ v. WOLF
Assigned to: HONORABLE C. DARNELL JONES, II
Case in other court: USCA, 19-01415
Cause: 42:1983 Civil Rights Act

Date Filed: 10/12/2018
Date Terminated: 07/17/2019
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

▓▓▓▓▓▓▓▓▓▓▓

represented by   ▓▓▓▓▓▓▓▓▓▓▓ L.
1016 WEST BALTIMORE PIKE
E-9
MEDIA, PA 19063
PRO SE

V.

**Defendant**

**TOM WOLF**
*STATE OF PENNSYLVANIA*
*GOVENOR*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2018 | 1 | MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS filed by ▓▓▓▓▓▓ L..(jwl, ) (Entered: 10/12/2018) |
| 10/12/2018 | 2 | COMPLAINT against TOM WOLF, filed by▓▓▓▓▓▓▓▓▓▓ CAHILL.(jwl, ) Modified on 10/15/2018 (tjd). (Main Document 2 replaced on 10/15/2018) (jwl, ). (Entered: 10/12/2018) |
| 10/12/2018 | 3 | MOTION FOR APPOINTMENT OF COUNSEL filed by ▓▓▓▓▓▓▓▓ L..(jwl, ) (Entered: 10/12/2018) |
| 10/12/2018 | 4 | PRO SE NOTICE RE:GUIDELINES (jwl, ) (Entered: 10/12/2018) |
| 10/12/2018 | | DEMAND for Trial by Jury by ▓▓▓▓▓▓▓▓▓▓ L. (jwl, ) (Entered: 10/12/2018) |
| 10/17/2018 | 5 | ORDER THAT PLFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (ECF NO. 1) IS DENIED; IF ▓▓▓▓▓ SEEKS TO PROCEED WITH THIS CASE, HE SHALL REMIT $400 TO THE CLERK OF COURT WITHIN THIRTY (30) DAYS OF THE DATE OF |

▓▓▓▓▓▓▓▓▓▓▓ 1221007520956627 L   1 0 1                                          8/13/2019

22

United States District Court Eastern District of Pennsylvania

12/11/24, 2:14 PM

CLOSED,

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:22-cv-05233-MRP
### Internal Use Only

THOMAS v. SHAPIRO
Assigned to: DISTRICT JUDGE MIA ROBERTS
PEREZ
Cause: 42:1983 Civil Rights Act

Date Filed: 12/21/2022
Date Terminated: 12/04/2024
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights:
Other
Jurisdiction: Federal Question

**Plaintiff**
**EDWARD ANTHONY THOMAS**       represented by **EDWARD ANTHONY THOMAS**
1016 WEST BALTIMORE PIKE, E-
9
MEDIA, PA 19063
PRO SE

V.

**Defendant**
**GOVERNOR TOM WOLF**
*TERMINATED: 02/07/2023*

**Defendant**
**COMMANDER TROOP K,
PENNSYLVANIA STATE
POLICE**
*TERMINATED: 02/07/2023*

**Defendant**
**JOSH SHAPIRO**
*GOVERNOR OF PENNSYLVANIA*

CLERK'S OFFICE
TRUE COPY CERTIFIED FROM THE RECORD

Dec/11/2024

By: s/ *Patrick J. McLaughlin*

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2022 | 1 | PETITION for Writ of Habeas Corpus, filed by EDWARD ANTHONY THOMAS. Envelope. FEE NOT PAID. NO IFP. (va) (Additional attachment(s) added on 1/11/2023: # 1 Exhibits) (va). (Entered: 01/03/2023) |

23

GENERAL INFORMATION

Mr Thomas took up these matters in the Eastern Distict of

of Pennsylvania in ~~october~~ October of 2018 Civil Action

No. 184403 The case was an attempt to settle This matter

financially socially ~~per~~ personally The case was dimissed

without prejudice Today is October 28 2022

Mr thomas attened a hearing for a name change Case №.

No. 2021-010521 The presiding judge stated that Mr Homas

is on a list The activity  The value and nature of this

activity of government mandated by this listing might

be the next argument The assesment of this activity

its cost and benkefit

Mr Thomas feels punished by this listing absent of djudication

Mr Thomas acknowledges the need for this activiyty

of government An example of the punishing aspect of

the activity  The nature of the activity seems singular

The electronic survel~~lanec~~illance he suspects is the~~same~~

same ~~of~~ for the subject the target or the covicted the

The Network Because of Mr. Thomads  experienced  a second suspition

is the computer or internet aspect of the surviellance might

be used excessively in a similar manner that he has

experienced Mr Thomas is not a Capitol criminal or a

traitor  Mr Thomas has never ~~bes~~ been a gang member of

Mr Thomas thinks the listing has become a sentence almost

eight yedars have been served Mr Thomaas feels the

findings of the two cases and what was shown at his

name change hearing will lead to the final argument

PG 2

24

GENERAL
INFORMATION

Mr Thomas believes his ~~financial~~ financial estamates are accurate
acknowledging they are estamates Mr Thomas paid
almost 1200 dollars this October billing cycle
maintaining the aformentioned businesses Mr Thomas
filed a missing person report about James Craig
Mr Thomas recieved a call from Media Pa. 19063
Police stated James Craig is alive a recomendation
or command that a Mr Thomas stay away from his ~~former~~
business partner was given Mr Thomas was denied
a report to present to the court Mr Thomas has requested
business information from James Craig Mr Thomas
has recieved no responce Mr Thomas is in possesion
of a buisiness operating agreement ~~for~~ for Media Computer
Services and Best Piano Flash ~~Cards~~ Cards

PG-4
25

ILL CESY ADI I GMORE AVE
E-9
 MEDIA PA 19063

JAMES CRAIG
491 BALTIMORE PIKE # 637
SPRING FIELD PA. 19064



NAME
1ST NO
2ND N
REC

7020 3160 0000 9384 8812

U.S. POSTAGE
COLLECTED
MEDIA PA
19063
FEB 20 22
AMOUNT
$4.6
R2304N11701



26

6/23/2022
Kyle Marrone
1016 West Baltimore Pike
E9
Media Pa 19063
484 478 3850
kyle60m@gmail.com

Good Morning Jim

Please Provide Copies of the statements for these credit card accounts from company records If there are problems recovering this information Please provide explanations in writing This information could possibly be needed for tax filings and verification When this information is available contact me and I will pick it up When your cooperation is adequate we can speak on the telephone or in person

A preliminary debt calculation for your work since 2014 to the present 874,000 dollars The combined activity of you and Kim two state actors After being enticed into personal and business relationships the calculation of 874.000 Dollars is divided into three segments the business debt the commercial debt of apoxamately 88,000 rounded up and 486,000 rounded down that the businesses owe me personally Also Kims debt said to be 300,000 Please ask your supervisors to verify how and were these funds were used A general idea of what occured is needed to prove that these funds were properly employed in the maintenance of a female person who seemed to be yours and the responsibility of the state of Pennsylvania Remember your assurances that the information is stored electronically The more precise the information the more simple the verifications will be Included is a list of the credit card accounts that fulfilled your request for funding of our operation

Thank You

Kyie Marrone Jr

27



**Department of Veterans Affairs**
PO BOX 4444
JANESVILLE WI 53547-4444

March 10, 2025

Veteran's Name:
Cahill, Christopher, J

2778168_143461**********AUTO**5-DIGIT 19063    T469 P9
CHRISTOPHER J CAHILL
1016 W BALTIMORE PIKE APT E9
MEDIA, PA 19063-5119

*handwritten:* MARCH 10 2025 I RECIEVED THIS LETTER AFTER BEING DENIED A LEGITOMATE DENTAL CLAIM

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

### --America is Grateful to You for Your Service--

Our records contain the following information:

### Personal Claim Information:
Your VA claim number is: 201 50 6755
You are the Veteran

### Military Information:
Your character(s) of discharge and service date(s) include:
    Navy, Honorable, 07-Dec-1977 - 06-Dec-1980
(You may have additional periods of service not listed above)



### VA Benefits Information:
Service-connected disability: Yes
Your combined service-connected evaluation is: 100 PERCENT
The effective date of the last change to your current award was: 01-DEC-2024
Your current monthly award amount is: $3,831.30
Are you considered to be totally and permanently disabled due to your service-connected disabilities:
Yes

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at https://www.va.gov/statedva.htm.

### Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, you may visit our website at https://www.va.gov or call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://ask.va.gov.

Sincerely yours,

Regional Office Director

28

## VA Benefit Details

**SERVICE-CONNECTED DISABILITY:** A condition incurred during or aggravated by military service, for which the Veteran is receiving VA benefits.

**COMBINED SERVICE-CONNECTED EVALUATION:** The Veteran's disability rating for all conditions determined to be service-connected.

**CURRENT MONTHLY AWARD AMOUNT:** The monthly monetary benefit paid to the Veteran or survivor receiving benefits under a VA program.

**NON-SERVICE-CONNECTED PENSION:** Benefit for a non-service connected Veteran who meets specific criteria, which include disability or age, wartime service, minimum length of service, and income restrictions. If a Veteran is eligible for service-connected benefits and pension benefits, VA will pay the higher benefit.

**INDIVIDUAL UNEMPLOYABILITY (IU):** The Veteran is receiving payment at the 100 percent rate, even though the combined service-connected evaluation is not 100 percent. The Veteran's service-connected conditions cause him/her to be unable to obtain or maintain substantially gainful employment because of the Veteran's service-connected conditions. The Veteran must periodically certify continued unemployability, but if there is no scheduled future reduction or medical examination required, he/she may be considered by some states to be permanently and totally disabled.

**PERMANENT AND TOTAL (P&T) DISABILITY:** The Veteran is considered by VA to be permanently and totally disabled because of his/her service-connected conditions.

**SPECIAL MONTHLY COMPENSATION:** The Veteran is receiving additional compensation for one or more of the following: a service-connected loss of or loss of use of one or more specific organs or extremities; a combination of severe disabilities; is 100 percent disabled and housebound, bedridden, or in the need of the aid and attendance of another person.

**SPECIALLY ADAPTED HOUSING and/or SPECIAL HOME ADAPTATION GRANT:** Grants provided by VA to service-connected veterans and service members to help build a new specially adapted house, to adapt a home they already own, or buy a house and modify it to meet their disability-related requirements.

## Wartime Service Periods

**Mexican Border Period:** May 9, 1916, through April 5, 1917, for veterans who served in Mexico, on its borders or in adjacent waters.

**World War I:** April 6, 1917, through Nov. 11, 1918; for veterans who served in Russia, April 6, 1917, through April 1, 1920; extended through July 1, 1921, for veterans who had at least one day of service between April 6, 1917, and Nov. 11, 1918.

**World War II:** Dec. 7, 1941, through Dec. 31, 1946.

**Korean War:** June 27, 1950, through Jan. 31, 1955.

**Vietnam War:** Aug. 5, 1964 (Feb. 28, 1961, for veterans who served "in country" before Aug. 5, 1964), through May 7, 1975.

*For Pension- Aug. 5, 1964 (Nov. 1, 1955, for veterans who served "in country" before Aug. 5, 1964), through May 7, 1975.

**Gulf War:** Aug. 2, 1990, through a date to be set by law or Presidential Proclamation.



# What Things Affect Your Right to Payment?

Please notify VA *immediately* if there are changes that will affect your right to continued payments. If you do not notify VA of these changes immediately, you may have to return any overpayments.

**Active Service Pay or Worker's Compensation:** Your payments may be affected by the following, which you must bring to our attention:

- Receipt of active service or drill pay as a reservist or member of the National Guard.
- Return to active duty in the armed forces.
- Receipt of armed forces service retirement pay, unless
  - your retirement pay has already been reduced because of an award of disability compensation, or
  - you are entitled to the concurrent receipt of retirement pay and disability compensation.
- Receipt of Federal Employees' Compensation.

**Dependents:** If VA provides additional benefits for your spouse, child(ren), and/ or parent(s), you must advise VA of any change in their status.

**Veterans and Survivors:** If you are in receipt of an income-based benefit, and your income or net worth changes, you must notify VA.

**Change in Employment Status:** If you are receiving compensation at the 100-percent rate based on your inability to secure or follow a substantially gainful occupation because of your service-connected disabilities, but you are now employed (or have been employed in the past 12 months), you must notify VA.



**Hospitalization:** If your award includes Aid and Attendance benefits, we may discontinue this additional allowance if you are admitted to a hospital, nursing home, or domiciliary for care at VA expense.

**Incarceration:** Benefits will be reduced if you are incarcerated in a Federal, state, or local penal institution for more than 60 days following conviction of a felony.

**Lack of Cooperation:** We may stop monthly payments if you

- Fail to submit evidence we requested,
- Fail to attend a VA examination when requested, and/or
- Submit false or fraudulent evidence to VA, or cause false or fraudulent evidence to be submitted to VA.

**Penalty:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false, or for the fraudulent acceptance of any payment to which you are not entitled. We may verify the information you submit through computer-matching programs with other agencies.

143461-02 of 02



Pennsylvania
Office of Open Records

## Standard Right-to-Know Law Request Form

*Please read carefully. Complete this form and retain a copy of both pages; this copy may be required if an appeal is filed. You have 15 business days to appeal after a request is denied or deemed denied. More information about the RTKL is available at https://www.openrecords.pa.gov. In most cases, a completed RTKL request form is a public record.*

SUBMITTED TO AGENCY NAME: Delaware County District Attorney_____(Attn: AORO)

Date Request Submitted: 6.10.2025_____ Submitted via: □ Email □ U.S. Mail □ Fax □ In Person

PERSON MAKING REQUEST:

Full Name: Edward Anthony Thomas_____

Company (if applicable): N/A_____

Please send response via: □ Email □ U.S. Mail

*If you wish to obtain records that only exist in hard copy, or must be provided on an electronic storage device, you may be required to provide a mailing address to the agency. See Section 703.*

Email: easterncommerce@yahoo.com_____

Mailing Address: 1016 West Baltimore Pike E9_____

City: Media_____ State: Pa__ Zip: 19063____ Telephone: 610 675 3740_____

How do you prefer to be contacted if the agency has questions? □ Telephone □ Email □ U.S. Mail

□ By checking this box, I affirm that my full name and contact information is true and correct, and that I am a legal resident of the United States. *I understand that failure to check this box may result in the denial of my request and the dismissal of any appeal filed with the Office of Open Records.*

RECORDS REQUESTED: *Provide as much detail as possible, including subject matter, time frame, and type of record sought. RTKL requests must seek records, not ask questions. Use additional pages if necessary.*

I WOULD LIKE TO REQUEST THE FINDINGS OF A MISSING PERSONS REPORT FILED WITH THE MEDIA PA 19063 POLICE DEPARTMENT FILED ON 8.18.2022 OR THERE ABOUT A REQUEST WAS MADE BY CERTIFIED MAIL TO THE MEDIA POLICE DEPARTMENT 19063 SENT ON DECEMBER 9 2024 DELIVERED ON DECEMBER 11 2024 THERE WAS NO RESPONCE BECAUSE OF THE PRESUMPTION THAT POLICE RECORDS ARE PUBLIC THIS IS A SECOND REQUEST SOME KIND OF A RESPONCE IS NEEDED JAMES CRAIG IS MY BUSINESS PARTNER

*Form continues on page 2. Retain a copy of both pages.*

1 of 2

31

**RECORDS REQUESTED (continued):**

OR WAS HE IS THE SUBJECT OF THE MISSING PERSONS REPORT AND IS KNOWN TO THE MEDIA PA. POLICE DEPARTMENT THE ENTITIES BEST PIANO FLASH CARDS AND FORMERLY MUSIC MADE EASY AND MEDIA COMPUTER SERVICES FORMERLY IT PARTNERSHIPS EIN 47 2195320 BEST PIANO FLASH CARDS EIN 81-0980997 THE PENNSYLVANIA STATE ENTITY NUMBERS ARE BEST PIANO FLASH CARDS LLC 6332095 MEDIA COMPUTER SERVICES LLC 4309849 CHRISTOPHER JOSEPH COHILL AND KYLE KIP CHRIS MARLOW JR ARE FORMER NAMES OF EDWARD ANTHONY THOMAS THE INFORMATION REQUESTED IS ABOUT JAMES CRAIG 1 EAST JEFFERSON ST MEDIA PA 19063 EDWARD ANTHONY THOMAS IS OR WAS JAMES CRAIG'S BUSINESS PARTNER EDWAR THOMAS IS MYSELF THE REQUESTOR

**DO YOU WANT COPIES?** □ Yes, printed □ Yes, electronic □ No, in-person inspection

*Records shall be provided in the medium requested if they exist in that medium; otherwise, they shall be provided in the medium in which they exist. See Section 701. Your request may require payment or prepayment of fees. View the Official RTKL Fee Schedule for more details.*

I understand that my request may incur fees. Notify me before further processing if fees will be more than □ $100 (or) □ $_____.

Do you want certified copies? □ Yes (*may be subject to additional costs*) □ No

---

**ITEMS BELOW THIS LINE FOR AGENCY USE ONLY**

---

Tracking: _____ Date Received: _____ Response Due (5 bus. days): _____

30-Day Ext.? □ Yes □ No (If Yes, Final Due Date: _____) Actual Response Date: _____

Request was: □ Granted    □ Partially Granted & Denied    □ Denied    Cost to Requester: $_____

□ Appropriate third parties notified and given an opportunity to object to the release of requested records.

*Retain a copy of both pages of this Form.*

Case 2:18-cv-04403-CDJ    Document 2    Filed 10/12/18    Page 37 of 39

Ando, DO
Katherine Bender, CRNP
, MD
K , MD
Lloyd Schuster, DO

December 17, 2014

 DOB

To Whom It May Concern:

was seen in this office for medical care on 11/5/14. His PMH, surgical history, medications, allergies and active problem list are included below.

Should he require a formal pre-operative consultation for oral surgery, please advise patient to schedule with our office.

## Past Medical History

| Diagnosis | Date |
|-----------|------|
| • Arthropathy, unspecified, site unspecified | |
| • Irritable bowel syndrome (IBS) | |
| • MVA (motor vehicle accident) | 2008 |
| *skull fracture, cervical spine fracture, intracranial hemorrhage* | |
| • Gunshot wound | |
| *bullet fragments in RUQ abdomen from military per pt* | |
| • Traumatic brain injury | |

## Patient Active Problem List

| Diagnosis | |
|-----------|---|
| • BPH (benign prostatic hyperplasia) | |
| • Traumatic brain injury | |

## Past Surgical History

| Procedure | Laterality | Date |
|-----------|-----------|------|
| • Hx spinal fusion | | 2008 |
| • Hx turp | | 1981 |

Current outpatient prescriptions:aspirin 81 MG PO TABS, 1 TABLET DAILY, Disp: , Rfl: , ;  Cholecalciferol (VITAMIN D) 1000 UNITS PO TABS, None Entered, Disp: , Rfl: , ;  Niacin 500 MG PO TABS, , Disp: , Rfl: , ; Tamsulosin HCl (FLOMAX) 0.4 MG PO CAPS, , Disp: , Rfl: ,

No Known Allergies



 Philadelphia, PA 19139 - 215  FAX

**Penn Chart**

IV.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any,

you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

V.    **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and

the basis for such compensation.

Edward Thomas Petitions the ~~cort~~ Court for a Civil Rights investigation
and discovery The 1,195,000. Reference pages 3 and 4
12,13 ,14 ,~~14~~, 15,16 are current and former assesments~~This~~ This
claim contains no damages only the recovery of the funds expended
~~in the interest of th state~~ by me ~~Edward A Thomas 2014 until~~
2022 Mandated by Amendment V of the U.S. Constitution Edward
Thomas has never been a gang member or participated in any
~~violant crime A person of interest a material witness~~

34

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____ , 20_____.

Signature of Plaintiff _Edward P. Thomas_

Mailing Address _____

_____

_____

Telephone Number _610 675 3740_____

Fax Number *(if you have one)* _N/A_____

E-mail Address _chris50cahill@gmail.com_____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 10/2009

35

REC'D FEB 2 5 2026

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Edward Anthony Thomas                          :

Plaintiff                                      :

        v.                          :     Civil Action No._____

                         :

Commissioner of Social Security                :

### REQUEST FOR APPOINTMENT OF ATTORNEY

I, _____Edward Thomas_____, plaintiff, request appointment of counsel as provided by 28 U.S.C. § 1915(e)(1).

1.     I have filed or am filing with this request a motion to proceed *in forma pauperis* because I am unable to afford the costs and fees associated with this action. Similarly, I am unable to pay for or obtain counsel to represent me in this action.

2.     I have contacted the following private attorneys, legal aid organizations, and bar association lawyer referral services regarding this case: *(list the individuals and organizations contacted, when they were contacted, and why they did not assist you)*

Attorney's don't seem to be interested in a riembursment in compliance with Amendment V of The United States Constitution

Leagal Aid of Media 877 429 5994 HokenBerry 855 770 0902 Philadelphia Bar Associatio 215 238 6300 Most of these contacts were made around November 2025 The phone num are from notes Just Answer leagal 11/7/2025 Saltz Mongelluzzi Bendesky 11/11/2025 Gis Veneer Family Law 484 234 2033 Lisa Harding 1 267 301 2796 Aaron Bell 215 609 4888 Hokenburry 855 770 0902 Cushing 215 563 7776 Gerald Williams 215 557 0099 Derick S 800 807 2209 Mcgarrigle 601 566 3010 Federal Bar Association Morgan and Morgan 1 8 203 6573 Robert Oconnor 610 572 2662

3.     I believe that I am entitled to judicial review of this action because the Commissioner of Social Security committed the following factual and legal errors:

In the investigation of the alleged murder of James Craig I was not interviewed The informati Acttivity of this complaint was never part of the case None of my inquiries have been answer

I certify under the penalty of perjury that the foregoing statements are true and correct.

**Edward Anthony Thomas**

Signature

Date



**Department of Veterans Affairs**

PO BOX 4444
JANESVILLE WI 53547-4444

March 10, 2025

Veteran's Name:
Cahill, Christopher, J

2778168_143461\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*5-DIGIT 19063      T469 P9
CHRISTOPHER J CAHILL
1016 W BALTIMORE PIKE APT E9
MEDIA, PA 19063-5119

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

### --America is Grateful to You for Your Service--

Our records contain the following information:

## Personal Claim Information:
Your VA claim number is: 201 50 6755
You are the Veteran

## Military Information:
Your character(s) of discharge and service date(s) include:

   Navy, Honorable, 07-Dec-1977 - 06-Dec-1980

(You may have additional periods of service not listed above)



## VA Benefits Information:
Service-connected disability: Yes
Your combined service-connected evaluation is: 100 PERCENT
The effective date of the last change to your current award was: 01-DEC-2024
Your current monthly award amount is: $3,831.30
Are you considered to be totally and permanently disabled due to your service-connected disabilities: Yes

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at https://www.va.gov/statedva.htm.

## Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, you may visit our website at https://www.va.gov or call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://ask.va.gov.

Sincerely yours,

Regional Office Director